AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**ROBERT BALLESTEROS**<br><br>**Date of Birth:  XXXXXXX**<br>*Defendant(s)* | )  Case: 1:21-mj-00132<br>)  Assigned to: Judge Robin M. Meriweather<br>)  Assign Date: 1/20/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

*Code Section*                                                                 *Offense Description*

18 U.S.C. 1752(a)(1) and (2) - knowingly entering and remaining on restricted grounds without lawful authority and/or engaging in disorderly conduct within proximity to a restricted building to impede official functions

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Kevin Larkin, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   01/20/2021

*Judge's signature*

City and state:   Washington, D.C.          ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*