## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-mj-132** |
| : | |
| **ROBERT BALLESTEROS,** : | |
| Defendant. : | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the Preliminary Hearing from July 27, 2021 to September 2, 2021, at 1:00 p.m., before Magistrate Judge Zia M. Faruqui; it is

FURTHER ORDERED that the period from July 27, 2021 to September 2, 2021 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7).  The Court finds that COVID-19 has presented complications here that make it difficult for defense to meet with his client and prepare, and that delay is necessary for the parties to work on a potential resolution.

It Is So Ordered.

_____
G. Michael Harvey
United States Magistrate Judge